# Third District Court of Appeal
## State of Florida

Opinion filed November 1, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2349
Lower Tribunal No. 13-18662
_____

**Public Health Trust, etc.,**
Appellant,

vs.

**Ana Tojeiro, etc.,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Geraldine Bonzon-Keenan, Miami-Dade County Attorney, and Richard Schevis, Assistant County Attorney, for appellant.

R B Brown Law and Robert B. Brown III, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.